No. D–1886. IN RE DISBARMENT OF POLLACK. Michael A. Pollack, of New York, N. Y., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.